**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

In re: Mortgage Foreclosure Cases    )        Misc. No. 11-mc-88-M-LDA

### REQUEST TO DISBURSE FUNDS

Now comes the Special Master appointed in the above captioned case and requests permission to disburse to Goodwin Proctor, LLP, retainer fees that it erroneously paid on behalf of other parties in the following cases and in the amounts so referenced.

| | | |
|---|---|---|
| CA 11-004 | Moll v. Mortgage Electronic Registration Services, Inc. et al<br>(Payment made on behalf of Federal National Mortgage Association) | $140 |
| CA 11-046 | Aceto et al v. Mortgage Electronic Registration Systems, Inc. et al<br>(Payment made on behalf of Federal National Mortgage Association) | $140 |
| CA 11-123 | Boudreau v. Option One Mortgage Corporation et al<br>(Payment made on behalf of Sand Canyon Corporation) | $140 |
| CA 11-306 | Forrest et al v. Wells Fargo Bank et al<br>(Payment made on behalf of Sand Canyon Corporation) | $140 |
| CA 11-332 | Picard et al v. Mortgage Electronic Registration Services, Inc. et al<br>(Payment made on behalf of Federal National Mortgage Association) | $140 |
| CA 11-373 | Guastini v. Mortgage Electronic Registration Systems, Inc. et al<br>(Payment made on behalf of Federal National Mortgage Association) | $140 |

| | | |
|---|---|---|
| CA 12-411 | Beauregard et al v. Mortgage Electronic Registration Systems, Inc. et al<br>(Payment made on behalf of Federal National Mortgage Association) | $140 |
| CA 11-414 | Bilodeau et al v. Bank of America, N.A. et al<br>(Payment made on behalf of Federal National Mortgage Association) | $140 |
| CA 11-467 | DiZoglio et al v. Bank of America, NA et al<br>(Payment made on behalf of Federal Home Loan Mortgage Corporation) | $140 |
| CA 11-468 | Silvia v. Mortgage Electronic Registration Systems, Inc. et al<br>(Payment made on behalf of Federal National Mortgage Association) | $140 |
| CA 11-479 | Petrarca v. Mortgage Electronic Registration Systems, Inc. et al<br>(Payment made on behalf of Federal National Mortgage Association) | $140 |
| CA 11-501 | Hudson v. Mortgage Electronic Registration Services, Inc. et al<br>(Payment made on behalf of Federal Home Loan Mortgage Corporation) | $140 |
| CA 11-514 | Landry et al v. Mortgage Electronic Registration Systems, Inc et al<br>(Payment made on behalf of Federal National Mortgage Association) | $140 |
| CA 11-545 | O'Coin et al v. Mortgage Electronic Registration Systems, Inc et al<br>(Payment made on behalf of Federal National Mortgage Association) | $140 |
| CA 11-568 | Simonelli v. Mortgage Electronic Registration Systems, Inc. et al<br>(Payment made on behalf of Federal National Mortgage Association) | $140 |
| CA 11-583 | Ferreira et al v. Mortgage Electronic Registration Systems, Inc. et al<br>(Payment made on behalf of Federal National Mortgage Association) | $140 |
| CA 12-154 | Sanzaro et al v. Mortgage Electronic Registration Systems, Inc. et al<br>(Payment made on behalf of Federal National Mortgage Association) | $140 |
| CA 12-232 | Mencucci et al v. Mortgage Electronic Registration Systems, Inc. et al<br>(Payment made on behalf of Mortgage Electronics Registration Systems) | $140 |
| CA 12-232 | Mencucci et al v. Mortgage Electronic Registration Systems, Inc. et al<br>(Payment made on behalf of The Bank of New York Mellon) | $140 |
| CA 12-248 | Cottrone et al v. Mortgage Elctronic Registration Systems, Inc. et al<br>(Payment made on behalf of Federal National Mortgage Association) | $140 |

| CA 12-252 | Spardello et al v. Mortgage Electronic Registration Systems, Inc et al (Payment made on behalf of Federal National Mortgage Association) | $140 |
| CA 12-597 | Papa, Jr. et al v. Mortgage Electronic Registration Systems, Inc. et al (Payment made on behalf of First Horizon Home Loan Corporation) | $140 |
| CA 12-834 | Conley v. First Horizon Home Loan Corporation et al (Payment made on behalf of First Horizon Home Loan Corporation) | $140 |
| CA 12-834 | Conley v. First Horizon Home Loan Corporation et al (Payment made on behalf of First Tennessee Bank, NA) | $140 |

Therefore, the Special Master requests permission to disburse the total of $3,360 from the Fee Billing Escrow Account to Goodwin Proctor, LLP.

Respectfully submitted,

Barbara Hurst
Deputy Special Master

5/16/2014

Date

IT IS SO ORDERED.

John J. McConnell, Jr.
United States District Judge

5/19/14

Date

3